# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

RODNEY LEE WALKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2356

_____

April 24, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Mark D. Kiser, Judge.

Rodney Lee Walker, pro se.

PER CURIAM.

Affirmed.

KELLY, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.